IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BI-TECH, INC.<br>PO Box 1224<br>Cherry Hill, NJ 08034<br><br>vs.<br><br>WESTCODE, INC.<br>Goshen Corporate Park<br>1372 Enterprise Drive<br>West Chester, PA 19380<br>  and<br>WESTCODE, INC.<br>2226 Airport Road<br>Binghamton, NY 13905 | :<br>:<br>:<br>:<br>:<br>:  JURY TRIAL DEMANDED.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S ANSWER TO COUNTERCLAIM**
**AND AFFIRMATIVE DEFENSES THERETO**

Answer to Counterclaim

21. The affirmative allegations made by the defendants are denied.  The counterclaim plaintiff is referred to the plaintiff's Complaint which allegations are incorporated herein as defense to the counterclaim.

22. Denied.

WHEREFORE, Plaintiff demands judgment in its favor and against defendants herein.

Affirmative Defenses

23. The Counterclaim plaintiff fails to set forth a claim upon which relief can be granted.

24. The Counterclaim plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

25. The Counterclaim plaintiff's claims are barred in whole or in part by the doctrine