**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BI-TECH, INC.,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 02-3758 |
| | : | |
| **WESTCODE, INCORPORATED,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 1st day of October, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on November 19, 2002, at 3:00 p. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,            J.