IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BI-TECH, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-CV-3758 |
| WESTCODE, INC. | : | |

### CERTIFICATE OF SERVICE

I, Patrick C. Campbell, Jr., Esquire, do hereby certify that a copy of Defendant's Motion for Summary Judgment with supporting Memorandum of Law, was served via hand delivery, upon the following interested party:

Derek E. Jokelson, Esquire
***NEIL E. JOKELSON & ASSOCIATES***
230 South Broad Street, 18th Floor
Philadelphia, PA 19102

PHILLIPS & CAMPBELL, P.C.

_____
Patrick C. Campbell, Jr.
ID No. 53350
One Belmont Avenue, Ste. 518
Bala Cynwyd, PA 19004
610/668-4970
Attorneys for Defendant, Westcode, Inc.

**Dated**:   March 18, 2003