IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BI-TECH, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-CV-3758 |
| WESTCODE, INC. | : | |

**ORDER**

**AND NOW**, this ____ day of _____, in consideration of Defendant, Westcode, Inc.'s Motion for Summary Judgment, and Plaintiff's response thereto, it is hereby **ORDERED** and **DECREED** that the Defendant's Motion is **GRANTED** and that summary judgment is entered in the Defendant's favor, against the Plaintiff, dismissing the Plaintiff's Complaint in its entirety with prejudice.

BY THE COURT:

_____
                                                                                                           J.