IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BI-TECH, INC. | : | CIVIL ACTION |
| v. | : | |
| WESTCODE, INCORPORATED | : | NO. 02-3758 |

## ORDER

AND NOW, this 27th day of March, 2003, upon consideration of correspondence to the Court from the office of Defendant's counsel dated March 27, 2003, it is hereby **ORDERED** that the **Settlement Conference** which was scheduled for April 1, 2003, will now be held on **April 11, 2003**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties are to be present or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE