IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BI-TECH, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WESTCODE, INCORPORATED | : | NO. 02-3758   : |

## ORDER

AND NOW, this 28th day of March, 2003, it is hereby **ORDERED** by the Court that Neil E. Jokelson, Esquire, Plaintiff's counsel in the above-captioned matter, is ATTACHED for the **Settlement Conference** scheduled for **April 11, 2003**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE