**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BI-TECH, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 02-CV-3758 |
| | : | |
| **WESTCODE, INC.** | : | |

## ORDER

AND NOW, this 7th day of April, 2003, upon consideration of Defendant, Westcode, Inc.'s Motion for Summary Judgment (Docket No. 14) and Plaintiff's Opposition to Defendant's Motion for Summary Judgment, it is **ORDERED** that the motion is **DENIED**.[1]

_____
TIMOTHY J. SAVAGE, J.

---

[1] Defendant failed to provide a statement of undisputed facts with specific references to the record as required by the Scheduling Order of November 19, 2002, and this court's Policies and Procedures. This order is without prejudice to the Defendant's right to raise the issue at trial.