## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BI-TECH, INC.** | : | **CIVIL ACTION** |
| | : | |
| | : | **No. 02-CV-3758** |
| **v.** | : | |
| | : | |
| | : | |
| **WESTCODE, INC.** | : | |

## ORDER

**AND NOW**, this 30th  day of April, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs[1].

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.

---

[1] The Court retains jurisdiction for the purpose of enforcing the settlement agreement.