IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BI-TECH, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3758 |
| | : | |
| **WESTCODE, INC.** | : | |

## ORDER

**AND NOW**, this 6th day of November, 2003, it appearing that the settlement reached after a conference with Magistrate Judge M. Faith Angell has not been effectuated, it is **ORDERED** that the case is re-opened and is referred to Magistrate Judge M. Faith Angell to enforce settlement.

_____
TIMOTHY J. SAVAGE, J.