IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BI-TECH, INC. | : | CIVIL ACTION |
| v. | : | |
| WESTCODE, INCORPORATED | : | NO. 02-3758 |

## ORDER

AND NOW, this 14th day of November, 2003, upon consideration of this Court's Order dated November 12, 2003, it is hereby **ORDERED** that the above-captioned matter is CLOSED.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE